## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 14-70277-JAD |
| | : | |
| **Wallace Transportation, Inc.,** | : | |
| | : | Chapter 11 |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Spence, Custer, Saylor, Wolfe & Rose, LLC,** | : | |
| | : | Doc. No. ____ |
| | : | Related to Doc. No. _____ |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **No Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EXHIBIT "B"



P.O. Box 280
Johnstown, Pennsylvania 15907

Federal I.D. #75-3124839

Invoice

Invoice # 20123694                    September 09, 2014

Project Billing Summary

| | Fees/ Costs | Service Tax/ Sales Tax/ Interest | Payments/ Credits/ Refunds | Prev. Bal/ New Chgs/ Pm/Cr/Ref/ New Bal |
|---|---|---|---|---|
| **Wallace Transportation, Inc.** | In Reference To: Chapter 11 Bankruptcy General | | | |
| James M. Wallace, Jr., President | | | | |
| R.D. 1 Box 179 | | | | |
| Woodland, PA 16881 | | | | |
| | $15,075.00 | $0.00 | $0.00 | $1,325.00 |
| | $392.40 | $0.00 | $0.00 | $15,467.40 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $15,467.40 |
| **Wallace Transportation, Inc.** | In Reference To: First Day Motions | | | |
| James M.Wallace, Jr., President | | | | |
| R.D. 1 Box 179 | | | | |
| Woodland, PA 16881 | | | | |
| | $1,575.00 | $0.00 | $0.00 | $275.00 |
| | $173.91 | $0.00 | $0.00 | $1,748.91 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $1,748.91 |
| **Wallace Transportation, Inc.** | In Reference To: Retention of Estate | | | |
| James M.Wallace, Jr., President | | | | |
| R.D. 1 Box 179 | | | | |
| Woodland, PA 16881 | | | | |
| | $250.00 | $0.00 | $0.00 | $0.00 |
| | $21.17 | $0.00 | $0.00 | $271.17 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $271.17 |
| **Wallace Transportation, Inc.** | In Reference To: Claims Review | | | |
| James M.Wallace, Jr., President | | | | |
| R.D. 1 Box 179 | | | | |
| Woodland, PA 16881 | | | | |
| | $350.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $350.00 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $350.00 |
| GRAND TOTAL | $17,250.00 | $0.00 | $0.00 | $1,600.00 |
| | $587.48 | $0.00 | $0.00 | $17,837.48 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $17,837.48 |



P.O. Box 280
Johnstown, Pennsylvania 15907

Federal I.D. #75-3124839

———————————————— Invoice

Invoice # 20123694                                           September 09, 2014

**Wallace Transportation, Inc.**                  In Reference To: Chapter 11 Bankruptcy General
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

### Professional Services Rendered

|            |     |                                                                                      | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------|----------|--------|
| 02/07/14   | KJP | Telephone conference with Leroy - initial consult                                    | 0.90 Hourly $250.00/hr | No Charge |
|            | KJP | Office conference with JRW re filing                                                  | 0.20 Hourly $250.00/hr | No Charge |
| 02/14/14   | KJP | Discuss emergency filing with client; discuss fees and info needed for emergency      | 0.20 Hourly $250.00/hr | No Charge |
| 02/19/14   | KJP | E-mail from client with creditors; my response, need addresses                       | 0.10 Hourly $250.00/hr | No Charge |
|            | KJP | Enter initial data into petition and schedules                                       | 0.20 Hourly $250.00/hr | No Charge |
|            | KJP | E-mail from Leroy with creditor addresses; review same                               | 0.10 Hourly $250.00/hr | No Charge |
| 02/27/14   | KJP | E-mail to Leroy re status of filing - office will not proceed yet                    | 0.10 Hourly $250.00/hr | No Charge |
| 04/21/14   | KJP | E-mail from client re wire transfer; my response                                     | 0.10 Hourly $250.00/hr | No Charge |
|            | KJP | Draft motion, order and verified statement                                           | 0.30 Hourly $250.00/hr | No Charge |

Invoice # 20123694        September 09, 2014                          Page        2

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/21/14 | KJP | Draft corporate resolution | 0.20 Hourly $250.00/hr | No Charge |
| | KJP | Draft retention letter and cover letter to President; mail same to client | 0.30 Hourly $250.00/hr | No Charge |
| | KJP | E-mail from Leroy re call from Navistar and freight question | 0.10 Hourly $250.00/hr | No Charge |
| | KJP | E-mail from client re retainer and creditor list | 0.10 Hourly $250.00/hr | No Charge |
| | KJP | Office conference with JRW re fees and repossession; my e-mail to client | 0.20 Hourly $250.00/hr | No Charge |
| 04/22/14 | KJP | Office conference with R. Snyder re petition preparation and creditors; review e-mail to client re info | 0.20 Hourly $250.00/hr | No Charge |
| | KJP | Office conference with R. Snyder re petition preparation; UCC's; review voluntary petition and emergency filing docs | 0.20 Hourly $250.00/hr | No Charge |
| | KJP | Review UCC-1 Financing Statements; advise to revise schedules | 0.20 Hourly $250.00/hr | No Charge |
| | KJP | Office conference with R. Snyder re 20 largest creditors | 0.10 Hourly $250.00/hr | No Charge |
| | KJP | E-mail from Leroy re Repo company wanting to charge customer to deliver freight | 0.10 Hourly $250.00/hr | No Charge |
| | KJP | Series of e-mails with Leroy re repossessed trailers, bank accounts, levies, etc. | 0.20 Hourly $250.00/hr | No Charge |

Invoice # 20123694        September 09, 2014                    Page        3

Wallace Transportation, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/22/14 | KJP | Teleconference with Leroy re various issues - payroll, bank accounts, etc. | 0.30 Hourly $250.00/hr | No Charge |
| 04/23/14 | KJP | Begin drafting various first day motions and proposed order; use of pre-petition bank accounts; authority to pay pre-petition wages | 0.90 Hourly $250.00/hr | No Charge |
| 04/24/14 | KJP | Teleconference with Navistar re trailer return; e-mail re same; call and e-mail to client re insurance | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from Navistar re equipment return; e-mail from client with insurance certificate; forward same to Navistar | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail form Kathleen at Navistar; office conference with JRW re case | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Revise fee agreement per reduced retainer; letter to client re same | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Review e-mails and docs from Leroy re Payroll and bank accounts; my response; conference with R. Snyder | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Telephone conference with Leroy re status of filing, first day motions, etc.; series of e-mails re various matters | 0.30 Hourly $250.00/hr | 75.00 |
| 04/25/14 | KJP | Review entry of appearance for Heather Sprague, U.S. Trustee's Office | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review entry of appearance for Navistar | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Office conference with R. Snyder re corrective entry on 20 largest | 0.10 Hourly $250.00/hr | No Charge |

Invoice # 20123694       September 09, 2014                         Page        4
Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/25/14 | KJP | Review e-mail from US Trustee re IDI info and docs; letter to client re same | 0.40<br>Hourly<br>$250.00/hr | 100.00 |
| | KJP | E-mail from Navistar re address on insurance; my response and e-mail to client | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Series of e-mails between client and Navistar re return of vehicles | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | Solicitation e-mail from factoring company for post-petition funding | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Series of e-mails from client and Navistar; my responses | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail from client re change of insurance; review same; forward to Navistar | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail to Navistar advising client aware of location of collateral | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 04/28/14 | KJP | E-mail to client re payroll and Navistar vehicles | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Teleconference with R. Poorman re FCB representation | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 04/29/14 | KJP | Review entry of appearance for Jennifer Irvin of Labor & Industry | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from client re 01/14 tax returns at accountant; my response and need to have he/she retained | 0.10<br>Hourly<br>$250.00/hr | 25.00 |

Invoice # 20123694        September 09, 2014                          Page        5

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/29/14 | KJP | Series of e-mails re bills to pay; normal course - what needs Court approval; e-mail with accountant's name | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Series of e-mails with Leroy re accountant | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review schedules to confirm that CPA and firm are listed as creditors | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with Leroy and factoring company - no longer advancing money | 0.20 Hourly $250.00/hr | 50.00 |
| 04/30/14 | KJP | E-mail from Leroy re factoring company; my response | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Series of e-mails re financing and factoring company | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review factoring contract and attendant documents forwarded to me by client | 0.40 Hourly $250.00/hr | 100.00 |
| | KJP | Review e-mail from factoring company; review voicemail from Jenn at factoring company; e-mail from client re same | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from Leroy re status of factoring company | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Return call of Jennifer at factoring company; leave message | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from Leroy re update on factoring company; my response | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20123694        September 09, 2014                    Page        6

Wallace Transportation, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/01/14 | KJP | Voicemail and teleconference with R. Poorman re status of case; initial discussions of DIP financing | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail from Leroy re factoring company; re same and possible financing | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from RPP - FCB not interested in financing; my e-mail to client | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Office conference with R. Snyder re IDI info/docs; e-mail to client | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail from Leroy re financing | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Review (2) entries of appearance filed by FCB | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Review letter from PA Revenue re missing return; letter to client re same | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 05/02/14 | KJP | E-mail from client re payroll and IDI; my response | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from Leroy re no funds for operator checks | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from client with tax certificate for IDI; review same | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Review of file; gather docs for IDI (as Trustee requested); discuss petition and schedules | 0.30<br>Hourly<br>$250.00/hr | 75.00 |

Invoice # 20123694        September 09, 2014                    Page        7
Wallace Transportation, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/02/14 KJP | E-mail response to Leroy re checks and no call back from TCI | | 0.10 Hourly $250.00/hr | 25.00 |
| KJP | Series of e-mails with Leroy with IDI docs; review of same for US Trustee | | 0.60 Hourly $250.00/hr | 150.00 |
| JRW | Review client e-mail, it is Friday and we do not have funds to make payroll, what should we do | | 0.20 Hourly $250.00/hr | 50.00 |
| JRW | Respond to KJP, we cannot print money, all we can do is get cash collateral provided we can show replacement collateral for cash being used is being generated | | 0.30 Hourly $250.00/hr | 75.00 |
| 05/05/14 KJP | JRW comments re cash flow | | 0.10 Hourly $250.00/hr | 25.00 |
| KJP | E-mail to Leroy re possible A/R cash solution | | 0.20 Hourly $250.00/hr | 50.00 |
| KJP | E-mail from client re 2013 Tax Returns - unsure if filed or extension requested | | 0.10 Hourly $250.00/hr | 25.00 |
| KJP | Review of financial statements; e-mail question to client re check register | | 0.20 Hourly $250.00/hr | 50.00 |
| KJP | E-mail from client re factoring company and cash on hand; my response re DIP financing and cash collateral | | 0.20 Hourly $250.00/hr | 50.00 |
| KJP | E-mail to client re docs and items needed to file DIP financing motion in response to client's e-mail re cash | | 0.20 Hourly $250.00/hr | 50.00 |
| KJP | Revise schedules; review and compile IDI documents; scan and e-mail to US Trustee | | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20123694        September 09, 2014                              Page        8

Wallace Transportation, Inc.

---

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/05/14 | KJP | Office conference with R. Snyder re petition and schedules; info and data entry | 0.20 Hourly $250.00/hr | No Charge |
|  | KJP | Office conference with JRW re status of money | 0.20 Hourly $250.00/hr | 50.00 |
| 05/06/14 | KJP | Review entry of appearance for Joseph Knots for Labor & Industry | 0.10 Hourly $250.00/hr | 25.00 |
|  | KJP | Office conference with R. Snyder re petition preparation; possible extension needed | 0.20 Hourly $250.00/hr | 50.00 |
| 05/07/14 | KJP | Review entry of appearance of Mark Claypool for Paccar Financial | 0.10 Hourly $250.00/hr | 25.00 |
|  | KJP | E-mail to client re teleconference to discuss IDI | 0.10 Hourly $250.00/hr | No Charge |
|  | KJP | Review of IDI info; review case notes and vehicle info from client for petition and schedules; office conference with R. Snyder | 0.40 Hourly $250.00/hr | 100.00 |
|  | KJP | E-mail from Leroy re IDI info and his intention to resign from company today | 0.10 Hourly $250.00/hr | 25.00 |
|  | KJP | Teleconference with James Wallace re bankruptcy and IDI | 0.10 Hourly $250.00/hr | 25.00 |
|  | KJP | Review and revise motion to extend time to file schedules; discuss with R. Snyder | 0.20 Hourly $250.00/hr | 50.00 |
| 05/08/14 | KJP | Office conference with JRW re status of case | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20123694        September 09, 2014                              Page        9
Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/08/14 | KJP | Participate in teleconference for IDI; follow-up call with Wallace | 0.40 Hourly $250.00/hr | 100.00 |
| | KJP | Call to insurance broker re worker's comp - his office did not issue worker's comp policy | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Letter to client re additional docs requested by US Trustee from IDI | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review letter to client with request for info needed to complete case filing; revisions to same | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Office conference with R. Snyder re extension to file schedules | 0.10 Hourly $250.00/hr | 25.00 |
| 05/09/14 | KJP | Review e-mail from US Trustee on motion for agreed scheduling order; review motion | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Call from prospective DIP financing co.; to send me info | 0.10 Hourly $250.00/hr | 25.00 |
| 05/12/14 | KJP | E-mail from Leroy copying me on request to factoring co. with new contract request; my response | 0.10 Hourly $250.00/hr | 25.00 |
| 05/13/14 | KJP | E-mail from client re post-petition financing; my response to financing co. re DIP financing | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review docket for filing deadlines | 0.10 Hourly $250.00/hr | 25.00 |
| 05/14/14 | PRL | Service of Motion For Extension of Time (Doc. #38); prepare and file Certificate of Service | 0.60 Hourly $125.00/hr | 75.00 |

Invoice # 20123694        September 09, 2014                          Page    10
Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/14/14 | KJP | Review order on schedules and petition filing extension; discuss service with staff | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review e-mail from prospective DIP financing company | 0.10 Hourly $250.00/hr | 25.00 |
| 05/15/14 | KJP | Review e-mail from client with contract with factoring company; my e-mail response; additional comments to client re docs needed | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review order approving agreed scheduling order on plan and disclosure | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from client re no financing contract yet; asked what info needed; review file; e-mail and letter to client re same and MOR info/need | 0.30 Hourly $250.00/hr | 75.00 |
| 05/16/14 | KJP | E-mail from client re no worker's comp insurance; review PA Dept. of Labor website; my response to contact insurance company to get coverage asap and provide me with proof | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail to client re IDI docs needed | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from client - inability to pay for worker's comp | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with financing company - trying to solicit business | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from Leroy re no employees | 0.10 Hourly $250.00/hr | 25.00 |
| 05/19/14 | KJP | E-mail from client with check register; review of same | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20123694          September 09, 2014                                    Page      11

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/19/14 | KJP | E-mail from client - no employees; no worker's comp insurance | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from Jennifer Irvin (Labor & Industry) re unfiled returns | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail response to L&I counsel; forwarded same to client | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail to Steve Albright with additional documents requested during IDI (check register and proposed budget) | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review and discuss 60 day check register with R. Snyder re SOFA requirements | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Office conference with R. Snyder re info needed to complete petition and schedules; revise letter to client re same for Thursday's deadline | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Discussion with R. Snyder re check register (possible preference payment issues); revisions to SOFA | 0.20 Hourly $250.00/hr | 50.00 |
| 05/20/14 | KJP | Office conference with R. Snyder re client docs; advise follow-up questions to ask | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Office conference with R. Snyder re client's responses | 0.10 Hourly $250.00/hr | 25.00 |
| 05/21/14 | KJP | Office conference with R. Snyder re petition review | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail and letter from US Trustee re worker's comp coverage; letter to client re same | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20123694      September 09, 2014                          Page      12

Wallace Transportation, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/22/14 KJP | Teleconference with James Wallace reviewing petition and schedules; discuss various outstanding issues | | 0.40 Hourly $250.00/hr | 100.00 |
| 05/23/14 KJP | Teleconference with Roger Poorman - counsel for FCB re loan/claim | | 0.10 Hourly $250.00/hr | 25.00 |
| KJP | Teleconference with Heather Sprague re additional unsecured creditors that would kick on to 20 largest - will solicit them as well for committee | | 0.10 Hourly $250.00/hr | 25.00 |
| KJP | Review e-mail and correspondence from US Trustee's Office re unsecured creditors committee | | 0.20 Hourly $250.00/hr | 50.00 |
| KJP | E-mail from First Commonwealth Bank's counsel re schedules; review of schedules; response to counsel | | 0.20 Hourly $250.00/hr | 50.00 |
| KJP | Mark up time entries for pre-petition fees | | 0.30 Hourly $250.00/hr | No Charge |
| 05/27/14 KJP | Teleconference with Attorney Mike Hnath - represents Hunter Truck Sales | | 0.20 Hourly $250.00/hr | 50.00 |
| KJP | Review e-mail and docs from Premium Assignment Corp. | | 0.30 Hourly $250.00/hr | 75.00 |
| 05/28/14 KJP | Review Premium Assignment Corp. e-mail and docs; letter to James Wallace re same and numerous other issues in case | | 0.90 Hourly $250.00/hr | 225.00 |
| KJP | Respond to e-mail from Mary McFaden at Premium Assignment Corp. | | 0.10 Hourly $250.00/hr | 25.00 |
| KJP | Office conference with JRW re status of case | | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20123694        September 09, 2014                              Page    13

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/30/14 | KJP | E-mail from client re DIP motion/approval; my response - never responded to my e-mails requesting instruction on how to proceed | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from client re factoring company | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review TCI factoring contract in response to client's e-mail; draft addendum; e-mail copy to client with my issues and docs needed to draft DIP financing motion | 0.90 Hourly $250.00/hr | 225.00 |
| 06/03/14 | KJP | Begin drafting DIP financing motion | 1.20 Hourly $250.00/hr | 300.00 |
| 06/04/14 | KJP | E-mail from client re MOR requirements; my response with form | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Continue review and drafting of DIP motion; not comfortable - doesn't appear to be DIP financing; other avenues to explore | 1.30 Hourly $250.00/hr | 325.00 |
| | KJP | Review voicemail from client | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from client re PAC loan - cannot pay | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with Wallace re concerns over factoring; discuss status of business | 0.20 Hourly $250.00/hr | 50.00 |
| 06/05/14 | KJP | Voicemail from PAC counsel | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review order granting extension to file schedules | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20123694        September 09, 2014                          Page      14

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 06/05/14 | KJP | Return call of PAC counsel; leave message | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review April 2014 MOR provided by client; no documents; mark up and e-mail to client with issues | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Teleconference with PAC counsel re nonpayment of premium | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Continue drafting financing motion; conference with JRW | 2.50 Hourly $250.00/hr | 625.00 |
| 06/06/14 | KJP | Draft order; revise motion for dip financing | 3.00 Hourly $250.00/hr | 750.00 |
| | KJP | Complete draft order on dip financing motion | 1.00 Hourly $250.00/hr | 250.00 |
| 06/09/14 | KJP | E-mail to client with draft cash collateral and dip financing motions | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review motion for relief filed by PAC Financing; letter to client re same | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Review faxed monthly operating reports; e-mail to client with issues | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Gather and prepare exhibits for cash collateral and dip financing motions; Revise language on financing motion and order | 0.40 Hourly $250.00/hr | 100.00 |
| 06/10/14 | PRL | Service of Bar Date Notice | 0.60 Hourly $125.00/hr | 75.00 |

Invoice # 20123694      September 09, 2014                    Page    15

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 06/10/14 | KJP | Review bar date notice; discuss service with staff | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | Review 341 notice; letter to Wallace re same | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 06/12/14 | KJP | Teleconference with Joel Perrel, Esq. for Pemium Assignment Corp. | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 06/13/14 | KJP | Letter to Wallace with DIP financing and cash collateral motions due to no response to my e-mail | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 06/16/14 | KJP | E-mail from R. Poorman re default on personal loan - unsecured to debtor | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 06/17/14 | KJP | Review e-mail and correspondence from bank re default on loan (unsecured as to debtor) | 0.20<br>Hourly<br>$250.00/hr | No Charge |
| | KJP | Teleconference with James Wallace - received DIP and cash collateral motion; advise he need to review and advise if I have authority to file; hasn't looked at yet  told to review and call me to go over so that I can file the docs; Asked that he call me tomorrow a.m. ASAP | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Review voicemail from woman for J. Wallace | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 06/20/14 | KJP | E-mail to Premium Assignment Corp. re expedited hearing schedule | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from client re dip financing motion - authorization to file | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Review voicemail from former employee re past due wages | 0.10<br>Hourly<br>$250.00/hr | 25.00 |

Invoice # 20123694       September 09, 2014                          Page    16

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 06/20/14 | KJP | Revise and e-file cash collateral motion and dip financing motion; call to Chambers; e-mail to PAC counsel | 0.80 Hourly $250.00/hr | 200.00 |
| | KJP | Review voicemail from Jeffery Myers - unsecured creditor; return call re various bankruptcy issues/his claim; discuss 341 | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Teleconference with Chambers re expedited hearing; service of cash collateral and dip financing motions; file cos; e-mail to client re same (copy TCI Capital on e-mail) | 1.10 Hourly $250.00/hr | 275.00 |
| | KJP | Teleconference with Joel at insurance finance co - e-mail re possible drop dead order | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Teleconference with James Wallace re 341; hearings scheduled for Tuesday; monthly operating reports due | 0.20 Hourly $250.00/hr | 50.00 |
| 06/22/14 | KJP | Series of e-mails with insurance financing attorney re possible drop dead order | 0.20 Hourly $250.00/hr | 50.00 |
| 06/23/14 | KJP | Draft and file response to motion for relief and certificate of service (Premium Assignment Corporation) | 1.70 Hourly $250.00/hr | 425.00 |
| 06/24/14 | KJP | Revise cash collateral and dip financing orders per discussion in Court; e-file; call Chambers to advise filed | 0.60 Hourly $250.00/hr | 150.00 |
| | KJP | E-mail from client re MOR; my response - none received; also e-mailed client re today's hearings | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from client - will get me monthly operating reports asap | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Travel to and from hearing on cash collateral and dip financing | 0.40 Hourly $125.00/hr | 50.00 |

Invoice # 20123694        September 09, 2014                          Page        17

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 06/24/14 | KJP | Attendance and participation at hearing on cash collateral and dip financing | 1.90 Hourly $250.00/hr | 475.00 |
| 06/25/14 | PRL | Service of Docs. Nos. 83 & 85; Prepare and files certificates of service | 1.00 Hourly $125.00/hr | 125.00 |
| | KJP | Review cash collateral and dip financing/hearing interim orders; Discuss service with staff; e-mail orders to client | 0.30 Hourly $250.00/hr | 75.00 |
| 06/26/14 | KJP | E-mail from insurance co. counsel; my response - out of office | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review proposed consent order on mfr; my revisions and e-mail to opposing | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | E-mail from Navistar counsel re status of payments | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with Peter Ashcroft, counsel to Navistar re payment and status of case/issues | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from insurance financing co. counsel re revisions | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail response from attorney for PAC re consent order | 0.10 Hourly $250.00/hr | 25.00 |
| 06/27/14 | KJP | E-mail from client re cash flow; my response | 0.10 Hourly $250.00/hr | 25.00 |
| 06/29/14 | KJP | E-mail response from client re cash flow; my response as to payment of insurance | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20123694        September 09, 2014                     Page      18

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 06/30/14 | KJP | Response from Wallace - doesn't know what to say to Court or insurer re payment; e-mail to client re delinquency | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from insurance co. attorney; my response re unknown about money | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail to client re when to get money from factoring co. | 0.10 Hourly $250.00/hr | 25.00 |
| 07/01/14 | KJP | Review faxed mor's for April and May 2014; incomplete - e-mail to client re issues | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | E-mail from Attorney Hnath re Paccar | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with Attorney Hnath re status of case | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail to client re cash - need to know for tomorrow's hearings | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail to and from insurance co.- financing co. re funds | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from insurance co. attorney | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from Michael Hnath re case | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with Wallace re dip order and cash collateral order - advise they need to speak with factoring co. asap | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20123694       September 09, 2014                          Page     19

Wallace Transportation, Inc.

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/01/14 | KJP | Teleconference with insurance finance co. attorney | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 07/02/14 | KJP | Preparation and review of file for hearing on motion for relief by PAC | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
|  | KJP | Travel to and from hearing on motion for relief | 0.40<br>Hourly<br>$125.00/hr | 50.00 |
|  | KJP | Participation in motion for relief hearing; e-mail to opposing counsel re drop dead order - me to revise | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
|  | KJP | Teleconference with Jennifer at TCI - doesn't like terms of order on cash collateral related to prepetition accounts; advise they did not respond to me before motions filed; made pre and post distribution - doesn't care - indicated will simply close out account and not fund | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
|  | KJP | E-mail to client with status update on hearing and cash collateral | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
|  | KJP | Follow up e-mail re in person appointment | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 07/03/14 | KJP | Review proceeding memo from motion for relief hearing | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
|  | KJP | Revise proposed order; e-mail to opposing counsel for review revision | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
|  | KJP | Letter to J. Wallace re status of TCI and insurance financing | 0.40<br>Hourly<br>$250.00/hr | 100.00 |
|  | KJP | Series of e-mails with insurance finance co. attorney | 0.20<br>Hourly<br>$250.00/hr | 50.00 |

Invoice # 20123694        September 09, 2014                          Page      20

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/03/14 | KJP | Revise consent order on relief from stay; e-file same with Court; call to chambers to advise filed | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Review and mark up time entries for possible interim fee application | 0.50 Hourly $250.00/hr | 125.00 |
| | KJP | Review voicemail from client requesting call | 0.10 Hourly $250.00/hr | No Charge |
| | KJP | Second voicemail from client within one-half hour | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with Wallace re state of case | 0.10 Hourly $250.00/hr | 25.00 |
| 07/09/14 | KJP | Review order granting conditional relief to PAC; letter to client re same | 0.20 Hourly $250.00/hr | 50.00 |
| 07/10/14 | KJP | E-mail from US Trustee re monthly operating reports - my response | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail to client re monthly operating reports; status of case | 0.20 Hourly $250.00/hr | 50.00 |
| 07/11/14 | KJP | E-mail and doc from US Trustee - no creditors' committee appointed | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Meeting with client for 341 preparation; attendance at 341 | 1.90 Hourly $250.00/hr | 475.00 |
| | KJP | Travel to and from 341 | 0.30 Hourly $125.00/hr | 37.50 |

Invoice # 20123694        September 09, 2014                          Page      21

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/11/14 | KJP | E-mail from Jennifer Irvin re unfiled quarterly returns | 0.10 Hourly $250.00/hr | 25.00 |
| 07/14/14 | KJP | Review notice of closing of 341 | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review docketed notice of no creditors' committee | 0.10 Hourly $250.00/hr | 25.00 |
| 07/15/14 | KJP | E-mail from client re MOR's and bank statements; my response | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from client re monthly operating reports and bank statements; my response; follow up from client | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review voicemail from Keith Carlson | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with Keith Carlson re possible new factoring company/contract | 0.10 Hourly $250.00/hr | 25.00 |
| 07/16/14 | KJP | E-mail from factoring company re close out of account; my response to turnover of funds to my office | 0.10 Hourly $250.00/hr | 25.00 |
| 07/17/14 | KJP | E-mail from factoring co re money; my response with address | 0.10 Hourly $250.00/hr | 25.00 |
| 07/18/14 | KJP | Review and comments on MOR; revisions needed; e-mail to client | 0.50 Hourly $250.00/hr | 125.00 |
| | KJP | Leave message for Attorney Pete Ashcroft | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20123694        September 09, 2014                    Page    22

Wallace Transportation, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/18/14 | KJP | Teleconference with Pete Ashcroft re status of case | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail from U.S. Trustee re bank accounts and MOR's; my response | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail to client re bank accounts being closed | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Discuss filing of amended schedule with R. Snyder (Schedule B) | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 07/21/14 | KJP | Review motion for relief filed by Navistar Financial | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
| | KJP | E-mail to Navistar counsel re motion for relief filed; his response re scheduling of same | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 07/22/14 | KJP | Review Navistar motion for relief scheduling order; calendar dates | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from insurance financing co.'s counsel re Navistar motion for relief; my response re factoring company | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail from factoring company with release and calculation of final payments on account; e-mail same to the client for review and comment | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
| | KJP | Letter to client re Navistar motion for relief | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail response to US Trustee (Steve Albright) - no answer from debtor re questions posed | 0.10<br>Hourly<br>$250.00/hr | 25.00 |

Invoice # 20123694        September 09, 2014                                    Page      23
Wallace Transportation, Inc.

---

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 07/25/14 | KJP | Letter to Wallace re TCI and release/calculations | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | Draft and e-file permanent cash collateral order | 0.50<br>Hourly<br>$250.00/hr | 125.00 |
| 07/28/14 | KJP | Review motion for relief filed by Paccar Financial; letter to client re same | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
| | KJP | Office conference with staff re filing of CNO's in DIP motion and cash collateral motion | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Revise order DIP financing for a final order of court; e-file same with court | 0.80<br>Hourly<br>$250.00/hr | 200.00 |
| 07/29/14 | KJP | Teleconference with woman for Jim Wallace - discuss factoring company issue; Navistar and Paccar motions for relief; advised to review and contact me before date; explained no payments to secured creditors  no valid response can be filed | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | Preparation of DIP and cash collateral final hearings | 0.40<br>Hourly<br>$250.00/hr | 100.00 |
| | KJP | Travel to and from hearings | 0.30<br>Hourly<br>$125.00/hr | 37.50 |
| | KJP | Attendance at DIP and cash collateral final hearing - video broken; teleconference with Chambers | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
| | KJP | E-mail from TCI re release; my response - forwarded docs to president for execution | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 07/30/14 | PRL | Service of Docs. Nos. (112 and 113); Prepare and file certificates of service | 1.00<br>Hourly<br>$125.00/hr | 125.00 |

Invoice # 20123694        September 09, 2014                    Page    24

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/30/14 | KJP | Review proceeding memo and order granting cash collateral motion; letter to client | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review proceeding memo and order granting DIP financing; letter to client | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review and revise time entries for interim fee application | 0.50 Hourly $250.00/hr | 125.00 |
| | KJP | Discuss service of cash collateral and DIP orders with staff | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with JRW re interim fee app - he okay with | 0.10 Hourly $250.00/hr | 25.00 |
| 08/01/14 | KJP | E-mail to insurance premium finance company re no word from client - if going to remit payment under drop dead order; his response | 0.10 Hourly $250.00/hr | 25.00 |
| 08/05/14 | KJP | Review affidavit of default on Premium Assignment Corp. | 0.10 Hourly $250.00/hr | 25.00 |
| 08/06/14 | KJP | E-mail from First Commonwealth Bank's counsel re nonpayment of loan | 0.10 Hourly $250.00/hr | No Charge |
| 08/11/14 | KJP | E-mail from possible financing company; advise no response from client | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Forward DIP solicitation e-mail to J. Wallace | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail to J. Wallace re response to Paccar motion for relief - due today; no contact from Wallace - no response | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20123694        September 09, 2014                        Page    25

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 08/11/14 | KJP | E-mail to client re no response to Paccar motion for relief because no instructions or authorization from J. Wallace | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from possible DIP lender | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review of revised time sheets | 0.20 Hourly $250.00/hr | 50.00 |
| 08/12/14 | KJP | E-mail from US Trustee re delinquent US Trustee fees | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Letter to client re delinquent US Trustee fees | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from factoring co. re release; my response - no response from J. Wallace | 0.10 Hourly $250.00/hr | 25.00 |
| 08/14/14 | KJP | Review Navistar order on relief; letter to J. Wallace re same | 0.20 Hourly $250.00/hr | 50.00 |
| 08/26/14 | KJP | Review default order on motion for relief on Paccar Financial; letter to J. Wallace re same | 0.20 Hourly $250.00/hr | 50.00 |
| 09/03/14 | KJP | E-mail from US Trustee re delinquent quarterly fees; my response - no word from principal | 0.10 Hourly $250.00/hr | 25.00 |
| 09/04/14 | KJP | Letter to Wallace (second) re delinquent US Trustee fees | 0.20 Hourly $250.00/hr | 50.00 |

**Total for Professional Services Rendered**                        **$15,075.00**

Invoice # 20123694        September 09, 2014                                    Page      26

Wallace Transportation, Inc.

---

### Costs Incurred

| | | | Qty | Amount |
|---|---|---|---|---|
| 06/10/14 | PRL | Postage for service of Bar Date Notice | 1 | 18.24 |
| | PRL | Copies for service of Bar Date Notice | 1 | 38.00 |
| 06/20/14 | PRL | Postage for service of Docs. Nos. 68 & 71 | 1 | 25.20 |
| | PRL | Copies - service of Docs. Nos. 68 & 71 | 1 | 45.00 |
| | PRL | Postage for service of Docs. Nos. 69 &72 | 1 | 25.20 |
| | PRL | Copies - service of Docs Nos. 69 & 72 | 1 | 72.00 |
| 06/25/14 | PRL | Postage for service of Docs. Nos. 83 & 85 | 1 | 18.24 |
| | PRL | Copies for service of Docs. Nos. 83 & 85 | 1 | 38.00 |
| 07/30/14 | PRL | Postage for service of Docs. Nos. 112 and 113 | 1 | 40.02 |
| | PRL | Copies for service of Docs. Nos. 112 and 113 | 1 | 72.50 |

**Total Costs Incurred**                                                      **$392.40**

---

**Total amount of this bill**                                                **$15,467.40**

---

**Balance due**                                                              **$15,467.40**

---

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| James R. Walsh | 0.50 | 250.00 |
| Kevin J. Petak | 57.50 | 250.00 |
| Kevin J. Petak | 1.40 | 125.00 |

Invoice # 20123694        September 09, 2014                    Page    27

Wallace Transportation, Inc.

| Name | Hours | Rate |
|------|-------|------|
| Kevin J. Petak | 6.40 | 0.00 |
| Paralegal Time | 3.20 | 125.00 |

| | **Amount** |
|---|---|
| Previous balance of Wallace Transportation Escrow | $8,684.00 |
| New balance of Wallace Transportation Escrow | $8,684.00 |

Invoice # 20123691        September 09, 2014                                    Page    28

Wallace Transportation, Inc.

---

**Wallace Transportation, Inc.**                    In Reference To:  First Day Motions
James M. wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

### Professional Services Rendered

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/22/14 | KJP | Begin drafting cash collateral motion, order, budget; review of UCC regarding motion; e-mail to client with various questions re "first day motions" | 1.10 Hourly $250.00/hr | No Charge |
| 04/24/14 | KJP | Revise and file motion to use bank accounts and motion to pay employee wages; call to Chambers | 1.30 Hourly $250.00/hr | 325.00 |
| 04/25/14 | PRL | Service of Docket #5, #6 & #7, prepare and file Certificate of Service | 0.80 Hourly $125.00/hr | 100.00 |
| | KJP | Teleconference with Chambers re Expedited hearing | 0.10 Hourly $250.00/hr | 25.00 |
| 04/28/14 | KJP | Review docket; no responses filed to first day motions; call to US Trustee re same; e-file CNOs | 0.40 Hourly $250.00/hr | 100.00 |
| | KJP | Review first day motions for tomorrow's hearings | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Series of e-mails with Leroy re payroll run needed for tomorrow's hearing | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from client re payroll run; my response re sample run for tomorrow's hearing | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review e-mail and payroll run from client; my follow-up e-mail | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review and e-file final payroll run | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20123691        September 09, 2014                                    Page    29

Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/29/14 | KJP | Review of payroll motion and bank account motion for today's hearings | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | E-mail from client with detailed info related to accountant, contact info,etc. | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mails with client re hearing outcome | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Travel to and from Court for first day motions | 0.40 Hourly $125.00/hr | 50.00 |
| | KJP | Participation in first day motion hearings | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | E-mail from client re bank accounts and skipping checks; my response | 0.10 Hourly $250.00/hr | 25.00 |
| 04/30/14 | PRL | Service of order allowing usage of pre-petition bank accounts (Doc. #6); prepare and file certificate of service | 0.40 Hourly $125.00/hr | 50.00 |
| | KJP | Review proceeding memos and orders on bank accounts and wages; e-mail same to client | 0.20 Hourly $250.00/hr | 50.00 |
| 05/05/14 | KJP | Review of budget for cash collateral motion; e-mail to client with questions/expenses | 0.20 Hourly $250.00/hr | 50.00 |
| 05/16/14 | KJP | Review client's e-mail with factoring contract; review dip financing motion; cursory review of contract; revise cash collateral motion and budget; e-mail same to client for review | 1.30 Hourly $250.00/hr | 325.00 |

**Total for Professional Services Rendered**                                 **$1,575.00**

Invoice # 20123691        September 09, 2014                    Page        30

Wallace Transportation, Inc.

---

### Costs Incurred

| | | | Qty | Amount |
|---|---|---|---|---|
| 04/25/14 | PRL | Postage of service of Docket #5, #6 & #7, prepare and file Certificate of Service | 1 | 32.19 |
| | PRL | Copies of service of Docket #5, #6 & #7, prepare and file Certificate of Service | 1 | 87.00 |
| 04/30/14 | PRL | Postage for service of order allowing usage of pre-petition bank accounts (Doc. #6) | 1 | 15.36 |
| | PRL | Copies for service of order allowing usage of pre-petition bank accounts (Doc. #6) | 1 | 8.00 |
| 05/14/14 | PRL | Postage for service of Motion For Extension of Time (Doc. #38) | 1 | 15.36 |
| | PRL | Copies for service of Motion For Extension of Time (Doc. #38) | 1 | 16.00 |

**Total Costs Incurred**                                                                                    **$173.91**

---

**Total amount of this bill**                                                                        **$1,748.91**

---

**Balance due**                                                                                                    **$1,748.91**

---

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Kevin J. Petak | 5.50 | 250.00 |
| Kevin J. Petak | 0.40 | 125.00 |
| Kevin J. Petak | 1.10 | 0.00 |
| Paralegal Time | 1.20 | 125.00 |

Invoice # 20123692        September 09, 2014                          Page      31

Wallace Transportation, Inc.

---

**Wallace Transportation, Inc.**                   In Reference To: Retention of Estate
James M. wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

### Professional Services Rendered

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 05/21/14 | PRL | Service of Order Approving Debtor's Counsel Nunc Pro Tunc (Doc. #45); prepare and file Certificate of Service | 0.60 Hourly $125.00/hr | 75.00 |
| | KJP | Review order granting retention of Spence Custer; discuss service with staff | 0.10 Hourly $250.00/hr | 25.00 |
| 08/01/14 | KJP | Begin drafting first  interim fee application - SCSW&R | 0.30 Hourly $250.00/hr | 75.00 |
| 08/21/14 | KJP | Review of interim fee app; draft summary cover sheet | 0.30 Hourly $250.00/hr | 75.00 |

**Total for Professional Services Rendered**                                **$250.00**

### Costs Incurred

| | | | Qty | |
|---|---|---|---|---|
| 05/21/14 | PRL | Postage for service of Order Approving Debtor's Counsel | 1 | 13.92 |
| | PRL | Copies for service of Order Approving Debtor's Counsel | 1 | 7.25 |

**Total Costs Incurred**                                                      **$21.17**

---

**Total amount of this bill**                                                 **$271.17**

---

**Balance due**                                                               **$271.17**

Invoice # 20123692        September 09, 2014                          Page    32

Wallace Transportation, Inc.

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Kevin J. Petak | 0.70 | 250.00 |
| Paralegal Time | 0.60 | 125.00 |

Invoice # 20123693        September 09, 2014                          Page    33
Wallace Transportation, Inc.

---

**Wallace Transportation, Inc.**                  In Reference To: Claims Review
James M. wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

### Professional Services Rendered

|            |     |                                                                                  | Hrs/Rate | Amount |
|------------|-----|----------------------------------------------------------------------------------|----------|--------|
| 04/29/14   | KJP | Review POC of PA Revenue; Revise schedules                                       | 0.20 Hourly $250.00/hr | 50.00 |
|            | KJP | Review POC of Labor & Industry; E-mail same to client; Revise schedules          | 0.20 Hourly $250.00/hr | 50.00 |
|            | KJP | Review POC of Navistar; Revise schedules                                         | 0.20 Hourly $250.00/hr | 50.00 |
| 06/17/14   | KJP | Review proof of claim filed by FCB - unsecured                                   | 0.20 Hourly $250.00/hr | 50.00 |
| 06/20/14   | KJP | Review POC #5 of NY Taxation                                                     | 0.10 Hourly $250.00/hr | 25.00 |
| 06/27/14   | KJP | Review entry of appearance of Peter Aschcroft for Navistar                       | 0.10 Hourly $250.00/hr | 25.00 |
| 07/02/14   | KJP | Review POC #6 of IRS; letter to client re same and estimate liability - need to file return | 0.30 Hourly $250.00/hr | 75.00 |
| 08/22/14   | KJP | Review POC of Supp Bros. Inc. - POC #7                                           | 0.10 Hourly $250.00/hr | 25.00 |

**Total for Professional Services Rendered**                                      $350.00

**Balance due**                                                                   $350.00

Invoice # 20123693        September 09, 2014                    Page    34
Wallace Transportation, Inc.

## __Timekeeper Summary__

| Name | Hours | Rate |
| --- | --- | --- |
| Kevin J. Petak | 1.40 | 250.00 |