IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Case No. 14-70277-JAD |
| | : | |
| **Wallace Transportation, Inc.,** | : | |
| | : | Chapter 7 |
| Debtor | : | |
| *********************************************************************************** | | |
| **Spence, Custer, Saylor, Wolfe & Rose,** | : | |
| **LLC,** | : | Doc. No. ___ |
| | : | |
| Movant | : | |
| | : | |
| v. | : | Hearing Date & Time: |
| | : | January 15, 2015 at 10:00 am |
| **No Respondents** | : | |
| *********************************************************************************** | | |

Exhibit "B"

# SPENCE CUSTER
## ATTORNEYS AT LAW

P.O. Box 280
Johnstown, Pennsylvania 15907

Federal I.D. #75-3124839

Invoice

Invoice # 20124082

November 26, 2014

### Project Billing Summary

| | Fees/ Costs | Service Tax/ Sales Tax/ Interest | Payments/ Credits/ Refunds | Prev. Bal/ New Chgs/ Pm/Cr/Ref/ New Bal |
|---|---|---|---|---|

**Wallace Transportation, Inc.**
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

In Reference To: Chapter 11 Bankruptcy General

| | | | |
|---|---|---|---|
| $1,787.50 | $0.00 | ($15,467.40) | $15,467.40 |
| $28.47 | $0.00 | $0.00 | $1,815.97 |
| | $0.00 | $0.00 | ($15,467.40) |
| | | | $1,815.97 |

**Wallace Transportation, Inc.**
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

In Reference To: Plan Formulation

| | | | |
|---|---|---|---|
| $150.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $150.00 |
| | $0.00 | $0.00 | $0.00 |
| | | | $150.00 |

**Wallace Transportation, Inc.**
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

In Reference To: First Day Motions

| | | | |
|---|---|---|---|
| $0.00 | $0.00 | ($1,748.91) | $1,748.91 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | ($1,748.91) |
| | | | $0.00 |

**Wallace Transportation, Inc.**
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

In Reference To: Retention of Estate

| | | | |
|---|---|---|---|
| $0.00 | $0.00 | ($271.17) | $271.17 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | ($271.17) |
| | | | $0.00 |

**Wallace Transportation, Inc.**
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

In Reference To: Claims Review

| | | | |
|---|---|---|---|
| $0.00 | $0.00 | ($350.00) | $350.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | ($350.00) |
| | | | $0.00 |

Invoice # 20124083    November 26, 2014    Page    2
Wallace Transportation, Inc.

|  | Fees/ Costs | Service Tax/ Sales Tax/ Interest | Payments/ Credits/ Refunds | Prev. Bal/ New Chgs/ Pm/Cr/Ref/ New Bal |
|---|---|---|---|---|
| GRAND TOTAL | $1,937.50 | $0.00 | ($17,837.48) | $17,837.48 |
|  | $28.47 | $0.00 | $0.00 | $1,965.97 |
|  |  | $0.00 | $0.00 | ($17,837.48) |
|  |  |  |  | $1,965.97 |



**SPENCE CUSTER**
ATTORNEYS AT LAW

P.O. Box 280
Johnstown, Pennsylvania 15907

Federal I.D. #75-3124839

Invoice

Invoice # 20124082                                December 05, 2014

**Wallace Transportation, Inc.**         In Reference To: Chapter 11 Bankruptcy General
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

### Professional Services Rendered

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 09/09/14 | KJP | Revision to time entries, first interim fee app and order, motion and hearing sheet | 0.70 Hourly $250.00/hr | 175.00 |
| 09/10/14 | PRL | Service of Interim Application Compensation | 0.30 Hourly $125.00/hr | 37.50 |
|  | KJP | E-file first interim fee app for SCSWR | 0.50 Hourly $250.00/hr | 125.00 |
| 09/12/14 | KJP | Teleconference with creditor re fee app (SCSWR) received; explained same | 0.20 Hourly $250.00/hr | 50.00 |
| 09/15/14 | KJP | Series of e-mails with Heather Sprague re delinquent monthly operating reports; my response | 0.10 Hourly $250.00/hr | 25.00 |
| 09/24/14 | KJP | Teleconference with Andy with ACS - recovery unit with Navistar - one vehicle outstanding; advised debtor has not contacted me | 0.20 Hourly $250.00/hr | 50.00 |
|  | KJP | Letter to J. Wallace re call from Navistar - in search of one trailer | 0.20 Hourly $250.00/hr | 50.00 |
| 09/26/14 | KJP | Teleconference with US Trustee re delinquent monthly operating reports | 0.10 Hourly $250.00/hr | 25.00 |
| 10/01/14 | KJP | Review order granting interim fee application of SCSWR | 0.10 Hourly $250.00/hr | 25.00 |
| 10/03/14 | KJP | E-mail from US Trustee re delinquent monthly operating reports | 0.10 | 25.00 |

Invoice # 20124082    December 05, 2014    Page    2
Wallace Transportation, Inc.

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/03/14 | KJP | Letter to client re delinquent MOR's | 0.20 Hourly $250.00/hr | 50.00 |
| 10/07/14 | KJP | Teleconference with J. Wallace re plan - concurs none to be filed | 0.10 Hourly $250.00/hr | 25.00 |
|  | KJP | Letter to client re TCI release | 0.20 Hourly $250.00/hr | 50.00 |
|  | KJP | Letter to J. Wallace re confirmation - no plan to be filed | 0.20 Hourly $250.00/hr | 50.00 |
|  | KJP | E-mail from U.S. Trustee re motion to convert to Chapter 7; my response | 0.10 Hourly $250.00/hr | 25.00 |
| 10/08/14 | KJP | Review U.S. Trustee's motion to convert case to Chapter 7; letter to j. Wallace re same | 0.40 Hourly $250.00/hr | 100.00 |
|  | KJP | Office conference with JRW re motion to convert - wants/confirmed - need response - try for dismissal | 0.10 Hourly $250.00/hr | 25.00 |
| 10/10/14 | KJP | Review release sent to factoring co. | 0.20 Hourly $250.00/hr | 50.00 |
| 10/15/14 | KJP | Teleconference with Doug Smith at IRS re tax liabilities and unfiled returns | 0.20 Hourly $250.00/hr | 50.00 |
| 10/20/14 | KJP | Review documents and payments sent by TCI Business Capital with reconciliation amount; office conference with JRW re same | 0.30 Hourly $250.00/hr | 75.00 |
|  | KJP | Teleconference with US Trustee re motion to convert filed by US Trustee | 0.10 Hourly $250.00/hr | 25.00 |
| 10/21/14 | KJP | E-mail from L&I; review response/joinder on US Trustee motion to convert | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20124082    December 05, 2014    Page    3
Wallace Transportation, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/27/14 | KJP | Teleconference with J. Wallace re inability to cash checks and motion to convert; no response on action | 0.20 Hourly $250.00/hr | 50.00 |
| 11/03/14 | KJP | Draft response to US Trustee motion to convert; letter to Wallace re same | 0.80 Hourly $250.00/hr | 200.00 |
| 11/06/14 | KJP | Revise debtor's response to motion to convert; draft proposed order | 0.20 Hourly $250.00/hr | 50.00 |
| 11/12/14 | KJP | E-mail from US Trustee re delinquent fees; letter to J. Wallace | 0.20 Hourly $250.00/hr | 50.00 |
| 11/14/14 | KJP | Revise and e-file response to motion to to convert; draft and file certificate of service; serve same | 0.30 Hourly $250.00/hr | 75.00 |
| 11/20/14 | KJP | Teleconference with US Trustee re motion to convert | 0.20 Hourly $250.00/hr | 50.00 |
| 11/21/14 | KJP | Review of file for US Trustee motion to convert hearing | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Travel to and from hearing on motion to convert case | 0.20 Hourly $125.00/hr | 25.00 |
| | KJP | Participation in hearing on motion to convert case | 0.20 Hourly $250.00/hr | 50.00 |

**Total for Professional Services Rendered**    $1,787.50

### Costs Incurred

| Date | | Description | Qty | Amount |
|---|---|---|---|---|
| 09/10/14 | PRL | Postage for service of Interim Application Compensation | 1 | 18.72 |
| | PRL | Copies for service of Interim Application Compensation | 1 | 9.75 |

**Total Costs Incurred**    $28.47

Invoice # 20124082    December 05, 2014    Page    4
Wallace Transportation, Inc.

| | Amount |
|---|---|
| **Total amount of this bill** | **$1,815.97** |

| | |
|---|---|
| **Previous balance** | **$15,467.40** |
| 10/1/2014 Payment - Thank you. Check No. 3885 | ($8,684.00) |
| 11/4/2014 Payment - Thank you | ($6,783.40) |
| **Total payments and adjustments** | **($15,467.40)** |
| **Balance due** | **$1,815.97** |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Kevin J. Petak | 6.90 | 250.00 |
| Kevin J. Petak | 0.20 | 125.00 |
| Paralegal Time | 0.30 | 125.00 |

| | |
|---|---|
| **Previous balance of Wallace Transportation Escrow** | **$8,684.00** |
| 10/1/2014 Withdrawal from account to Spence Custer | ($8,684.00) |
| **New balance of Wallace Transportation Escrow** | **$0.00** |

Invoice # 20124083          December 05, 2014                                                    Page      5
Wallace Transportation, Inc.

---

**Wallace Transportation, Inc.**                In Reference To: Plan Formulation
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

### Professional Services Rendered

|            |     |                                                                              | Hrs/Rate                          | Amount   |
|------------|-----|------------------------------------------------------------------------------|-----------------------------------|----------|
| 10/01/14   | KJP | Letter to J. Wallace re inability to file Chapter 11 Plan                    | 0.40 Hourly $250.00/hr            | 100.00   |
| 10/07/14   | KJP | Office conference with JRW re no plan to be filed due to issues - he concurs | 0.20 Hourly $250.00/hr            | 50.00    |

**Total for Professional Services Rendered**                                                 $150.00

**Balance due**                                                                              $150.00

### Timekeeper Summary

| Name            | Hours | Rate   |
|-----------------|-------|--------|
| Kevin J. Petak  | 0.60  | 250.00 |

Invoice #               December 05, 2014                                        Page        6
Wallace Transportation, Inc.

---

**Wallace Transportation, Inc.**                In Reference To: First Day Motions
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

|  |  | **Amount** |
|---|---|---|
| **Previous balance** |  | $1,748.91 |
| 11/4/2014 Payment - Thank you |  | ($1,748.91) |
| **Total payments and adjustments** |  | ($1,748.91) |
| **Balance due** |  | $0.00 |

Invoice #                December 05, 2014                                          Page      7

Wallace Transportation, Inc.

---

**Wallace Transportation, Inc.**                In Reference To: Retention of Estate
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

|  |  | **Amount** |
|---|---|---|
| **Previous balance** |  | $271.17 |
| 11/4/2014  Payment - Thank you |  | ($271.17) |
| **Total payments and adjustments** |  | ($271.17) |
| **Balance due** |  | $0.00 |

Invoice #  December 05, 2014  Page    8
Wallace Transportation, Inc.

**Wallace Transportation, Inc.**  In Reference To: Claims Review
James M. Wallace, Jr., President
R.D. 1 Box 179
Woodland, PA 16881

| | **Amount** |
|---|---:|
| **Previous balance** | $350.00 |
| 11/4/2014  Payment - Thank you | ($350.00) |
| **Total payments and adjustments** | ($350.00) |
| **Balance due** | $0.00 |