IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Wallace Transportation, Inc. | : | Case No. 14-70277 JAD |
| Debtor | : | |
| | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Wallace Transportation, Inc. | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Internal Revenue Service, | : | |
| Commonwealth of Pennsylvania, | : | |
| Department of Revenue, PA | : | |
| Department of Labor and Industry, | : | |
| New York State Department of | : | |
| Taxation and Finance, Navistar | : | |
| Financial Corporation, PACCAR | : | |
| Financial Corporation, Reed | : | |
| Wertz and Roadman, and TCI | : | |
| Business Capital, | : | |
| Respondents | : | |

## NOTICE OF SALE

To the creditors and parties in interest of the above-named Debtor:

**NOTICE IS HEREBY GIVEN THAT** the Trustee has filed a motion for public sale of the following property:

Certain vehicles, trailers and equipment of the Debtor

by auction sale, selling to the highest bidder(s) the property described above, piecemeal or in bulk, on **June 28, 2015, commencing at 9:30 A.M.** at the current location of the subject property at Debtor's place of business, 532 Peterbilt Lane, Woodland, PA 16881.

A Notice has been issued, setting a hearing for **May 20, 2015 at 10:00 A.M.** before Judge Jeffery A. Deller in the United States Bankruptcy Court, Courtroom B, Penn Traffic Building, Washington Street, Johnstown, PA 15901, at which time objections to said sale will be heard.

Date of Notice:  April 16, 2015          /s/ Lisa M. Swope
                                         Lisa M. Swope, Esquire, Attorney for Trustee
                                         Pa. I.D. #77003, lms@nsslawfirm.com

Arrangements for inspection prior to said sale may be made with:
Ron Gilligan Auctioneering, 3771 W. Whitehall Road, Pa. Furnace, PA 16865, (814) 237-0189